IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-03036-PAB-BNB

NAUTILUS, INC., a Washington corporation,

    Plaintiff,

v.

MAD DOGG ATHLETICS, INC., a California corporation,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for Nautilus, Inc. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

Dated: December 31, 2009.

                BY THE COURT:

                s/ Philip A. Brimmer
                Philip A. Brimmer
                U. S. District Judge