IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-03036-CMA

NAUTILUS, INC.,

    Plaintiff,

v.

MAD DOGG ATHLETICS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation To Dismiss Action With Prejudice (Doc. # 52). The Court having considered the Stipulation To Dismiss, hereby

ORDERS that the claims in this action are DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

    DATED: August __19__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge